Judgment affirmed, with costs, on opinion of CARDOZO, J., in *Murtha* v. *Homeopathic Medical College & Flower Hospital* (228 N. Y. 183).

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ.

---

WILLIAM H. BARNARD et al., Appellants, *v.* NOAH H. SWAYNE et al., Respondents.

*Barnard* v. *Swayne*, 180 App. Div. 361, affirmed.

(Argued January 29, 1920; decided February 24, 1920.)

APPEAL from a judgment entered January 23, 1918, upon an order of the Appellate Division of the Supreme Court in the first judicial department reversing a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term and directing judgment in favor of defendants upon new findings. The action was to enforce a restrictive agreement entered into between the plaintiffs and the defendants' predecessors in title whereby it was contended that defendants were restricted in the use of their premises to " private dwellings, not to exceed two in number, each constructed for one family only, and one stable." The judgment at Special Term granted an injunction restraining the conducting and continuing of a school for girls upon the said premises. The Appellate Division dissolved the injunction and directed a dismissal of the complaint.

*William L. Woodward* for appellants.

*Henry A. Prince* for Noah H. Swayne et al., respondents.

*Clarence R. Freeman* and *Clarence U. Carruth* for Florence De G. Shaw, respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ.